**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>NORTHEASTERN DIVISION</u>**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 5:07-cr-00415-CLS-JEO |
| | ) | |
| **TONY WAYNE KITCHENS** | ) | |

## <u>GOVERNMENT'S RESPONSE TO DISCOVERY REQUESTS AND DISCLOSURE TO DEFENDANT</u>

COMES NOW the United States of America by and through Alice H. Martin, United States Attorney for the Northern District of Alabama, and Alison S. Blackwell, Assistant United States Attorney, and hereby submits the defendant's disclosure as follows:

A. A discovery notebook is available in the United States Attorney's Office for the defendant's review.

B. Attached is a copy of a report generated that summarizes the defendant's statements to law enforcement. The defendant's statements to law enforcement are enclosed in the discovery notebook.

C. The defendant's prior criminal record as well as any estimates regarding the defendant's guideline calculations can be obtained from the United States Probation Office.

D. The government has provided the defendant with copies of all

documents as provided in F.R. Crim P., Rule 16(a)(1)(C).

E. Attached is a copy of the Interstate Nexus Examination. Expert witness reports are also enclosed in the discovery notebook. Undersigned counsel is presently unaware of any other reports of tests, experiments and examinations performed in this case. However, should there be additional evidentiary processing, as a result of such processing, copies of reports of tests, experiments and examinations performed in this case will be made available upon receipt.

F. Undersigned counsel is unaware of any exculpatory information.

G. If, after reviewing the summaries of interviews of witnesses, defense counsel believes certain documents or portions thereof contain Brady/Giglio information, counsel may provide a list of such materials to the prosecuting Assistant United States Attorney with a brief written statement of the reasons counsel believes they contain Brady/Giglio information. If the prosecutor agrees, he will provide hard copies. If the prosecutor disagrees, the defendant may move the court to review the material *in camera*; this office will make the materials available to the court for its review if so directed. Any "statements" of witnesses for the United States will be provided after the witness has testified on direct

examination and upon timely and specific request of the defendant.

H. Defendant may call the U.S. Attorney's Office or the Bureau of Alcohol, Tobacco, Firearms and Explosives to schedule a time to view the physical evidence.

I. The government will provide any 404 evidence by reasonable notice in advance of trial.

## RECIPROCAL DISCOVERY REQUEST

The United States requests the defendant to provide the following:

1. Books, papers, documents, tangible objects, or copies or portions thereof, which are in the possession, custody or control of the defendant and which the defendant intends to introduce as evidence in chief at trial, in accordance with Fed.R.Crim.P. 16(b)(1)(A).

2. Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at trial or which were prepared by a witness the defendant intends to call at trial when the results or reports relate to his testimony, in accordance with Fed.R.Crim.P. 16(b)(1)(B).

Respectfully submitted this the 14th day of December, 2007.

                                          ALICE H. MARTIN
                                          United States Attorney

                                          */s/ Electronic Signature*

                                          ALISON S. BLACKWELL
                                          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that a copy of the foregoing has been served on the defendant, by placing copy of the same in the United States Mail with postage prepaid this the 14th day of December, 2007, to his attorney of record:

Jerry Barclay

                                          */s/ Electronic Signature*

                                          ALISON S. BLACKWELL
                                          Assistant United States Attorney