IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) ) ) |
| vs. | ) CASE NO. 5:07-cr-00415-CLS-JEO ) |
| TONY WAYNE KITCHENS, | ) ) |
| Defendant | ) |

## MOTION FOR PRETRIAL DISCLOSURE OF
## RULE 404 EVIDENCE

Tony Wayne Kitchens, defendant in the above-styled cause, moves the Court for an order directing the government to immediately disclose any evidence of other crimes, wrongs or acts that it intends to offer at trial pursuant to Rule 404, *Federal Rules of Evidence,* including the identity of the witnesses through whom such evidence will be presented.

As grounds therefor, the defendant asserts that he will be denied his rights to due process of law if the government is permitted to conceal, until trial, the particular other crimes, wrongs or acts it intends to offer in evidence and the identities of those persons upon whom it will rely to show such other crimes, wrongs or acts.

WHEREFORE, the defendant respectfully requests that this Court direct the government to immediately disclose to the defendant any evidence of similar crimes, wrongs or acts it intends to offer at trial and the identities of those persons through whom the government will seek to produce such evidence.

This 2nd day of January, 2008.

/s/ *Electronic Signature*
Jerry S. Barclay
Attorney for Defendant
118 South Side Square
Huntsville, Alabama 35801
256/533-1127

Certificate of Service

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I certify that a copy of the foregoing was electronically served upon the Office of the United States Attorney for the Northern District of Alabama this 2nd day of January, 2008.

/s/ *Electronic Signature*
Jerry S. Barclay