IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. 5:07-cr-00415-CLS-JEO |
| ) | |
| TONY WAYNE KITCHENS, ) | |
| ) | |
| Defendant ) | |

## MOTION TO COMPEL DISCLOSURE OF EXISTENCE AND SUBSTANCE OF PROMISES OF IMMUNITY, LENIENCY OR PREFERENTIAL TREATMENT

Comes now Tony Wayne Kitchens, defendant, by and through his undersigned attorney, and respectfully moves the Court to enter an order requiring the Government to disclose the existence, substance and manner of execution or fulfillment of any promises, agreements, understandings or arrangements between the Government and any prosecution witness, or his or her attorney or representative, with regard to any agreement

(1) not to prosecute the witness for any crime or crimes;

(2) to provide a formal grant of statutory immunity;

(3) to provide an informal assurance that the witness will not be prosecuted in connection with any testimony given by him or her;

(4) to recommend leniency in sentencing for any crime or crimes for which the witness has been or is anticipated to be convicted;

(5) to recommend a particular sentence for any crime or crimes for which the witness has been or is anticipated to be convicted;

(6) to provide favorable treatment or consideration to the witness, or to friends or relatives of the witness, in return for the witness' cooperation and testimony;

(7) to assist or facilitate in any way the disposition of any criminal charge which has been or may be brought against the witness in any federal, state or local court; or

(8) to provide any other benefit or consideration to the witness in exchange for, or arising from, the witness' agreement to provide testimony in support of the Government's prosecution of this defendant.

This 2nd day of January, 2008.

/s/ *Electronic Signature*
Jerry S. Barclay
Attorney for Defendant
118 South Side Square
Huntsville, Alabama  35801
256/533-1127

Certificate of Service

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I certify that a copy of the foregoing was electronically served upon the Office of the United States Attorney for the Northern District of Alabama this 2nd day of January, 2008.

*/s/ Electronic Signature*
Jerry S. Barclay