UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs ) | Case Number: CR 07-S-415-NE |
| ) | |
| TONY WAYNE KITCHENS. ) | |

### ORDER

This case is before the court on defendant's second motion for extension of time to surrender for service of his sentence (doc. no. 40). The motion is DENIED. Defendant shall report as previously directed, either to the United States Marshal in Birmingham, Alabama or at the facility designated by the United States Bureau of Prisons on **August 29, 2008, at 10:00 o'clock a.m.** All other aspects of the judgment entered on July 7, 2008, remain in full force and effect.

DONE this 27th day of August, 2008.

_____
United States District Judge